# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH LEONARD SOLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:18-cv-1282 JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 4) |

On October 4, 2018, Ralph Leonard Solis filed a Notice of Dismissal, indicating that he was dismissing the action without prejudice. (Doc. 4 at 1) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendant had not appeared or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Court **ORDERS**:

    1.    Plaintiff's social security appeal is **DISMISSED** with prejudice; and

    2.    The Clerk of Court **IS DIRECTED** to close this action.

IT IS SO ORDERED.

    Dated: __**October 5, 2018**__          __**/s/ Jennifer L. Thurston**__
                                                                         UNITED STATES MAGISTRATE JUDGE